UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MAINSTAY HIGH YIELD CORPORATE BOND FUND, | No. 07-10542 |
| Plaintiff, | District Judge Gerald E. Rosen |
| v. | Magistrate Judge R. Steven Whalen |
| HEARTLAND INDUSTRIAL PARTNERS, L.P., ET.AL., | |
| Defendants. | |

| | |
|---|---|
| HANNAH KLEINPETER-FLECK, ET AL., | |
| Plaintiffs, | No. 06-13555 |
| v. | District Judge Gerald E. Rosen |
| COLLINS AND AIKMAN CORPORATION, ET AL., | Magistrate Judge R. Steven Whalen |
| Defendants. / | |

### ORDER DENYING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF INTERROGATORY RESPONSES AND DOCUMENTS

For the reasons stated on the record on October 15, 2009, Lead Plaintiffs' Joint Motion to Compel Production of Interrogatory Responses and Documents from Heartland [Doc. #258 in case no. 07-10542, and Doc. #186 in case no. 06-13555] is DENIED.

SO ORDERED.

s/R. Steven Whalen
UNITED STATES MAGISTRATE JUDGE

Dated:  October 19, 2009

CERTIFICATE OF SERVICE

-1-

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 19, 2009.

                              s/Susan Jefferson
                              Case Manager