UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---

MAINSTAY HIGH YIELD CORPORATE BOND
FUND, on behalf of itself and all others similarly situated,

    Plaintiff,

v.

HEARTLAND INDUSTRIAL PARTNERS, L.P.,
a Delaware limited liability partnership,
HEARTLAND INDUSTRIAL ASSOCIATES, L.L.C.,
a Delaware limited company, DAVID A. STOCKMAN,
J. MICHAEL STEPP, TIMOTHY D. LEULIETTE,
DANIEL P. TREDWELL, W. GERALD MCCONNELL,
SAMUEL VALENTI, III, JOHN A. GALANTE,
BRYCE M. KOTH, GERALD E. JONES, DAVID R.
COSGROVE, and ELKIN B. MCCALLUM,

    Defendants.

Case No. 2:07-cv-10542-GER-SDP

Honorable Gerald E. Rosen

---

K.J. EGLESTON, individually and on behalf of all others
similarly situated,

    Plaintiff,

v.

HEARTLAND INDUSTRIAL PARTNERS, L.P.,
a Delaware limited liability partnership, HEARTLAND
INDUSTRIAL ASSOCIATES, L.L.C., a Delaware limited
company, DAVID A. STOCKMAN, J. MICHAEL STEPP,
and BRYCE M. KOTH,

    Defendants.

Case No. 2:06-cv-13555-GER-SDP

Honorable Gerald E. Rosen

---

## ORDER REMOVING IMAGE

**IT IS HEREBY ORDERED** that the image attached as Attachment 1, entitled Index of

Exhibits, to docket no. 313 in case no. 07-cv-10542 and docket no. 234 in case no. 06-cv-13555

shall be removed from the ECF System in both cases by the ECF Clerk forthwith.

2

    November 19, 2009                                         s/Gerald E. Rosen
Date                                                              Honorable Gerald E. Rosen
                                                                          Chief, United States District Judge